**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**
───────────────────────────────────────────────

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 Case No. 17-20668

TIMOTHY WILLIAMS, et al.,

      Defendants.
─────────────────────────────────/

**ORDER REQUIRING HEARING STATEMENTS IN FUTURE MOTIONS**

The Government has brought the instant action against thirteen defendants, charging them with conspiracy and various drug-related crimes in a ten count indictment. In the court's experience with such cases, when multiple motions are filed by the Government and the defense attorneys, the logistics of arranging a courtroom to accommodate all the parties, as well as the logistics of transporting the incarcerated defendants, prove to be quite burdensome. Additionally, more often than not, defendants do not need, nor desire, to be present in court for oral argument of attorney-driven issues. Thus, given the unique nature of this case, the court will impose a protocol for reducing the costs and administrative burdens of transporting defendants, often against their wishes, to court for motion hearings at which the defendant does not need or wish to be present. Accordingly, henceforth,

IT IS ORDERED that every motion filed by a defendant shall begin with (1) a statement indicating whether a hearing is thought to be mandatory or, if not mandatory, requested and (2) a statement indicating either that defendant waives personal attendance or that defendant wishes to be present should the court conduct a hearing.

Nothing in this order shall be construed to prevent a defendant from appearing in court should he desire. The court seeks only to streamline proceedings in those cases where defendants do not wish to be present.

s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 28, 2017, by electronic and/or ordinary mail.

s/Lisa Wagner  
Case Manager and Deputy Clerk  
(810)292-6522