UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case No. 17-cr-20668

  v.

D-1 TIMOTHY WILLIAMS, et al.    HON.   ROBERT H. CLELAND

        Defendants.

_____/

## ORDER DESIGNATING COMPLEX CASE AND FINDING EXCLUDABLE DELAY

Upon Motion of the Government for an Order to Designate the above-captioned case as a complex case, and upon consideration of the number of Defendants and charges, and the nature and quantity of the Government's evidence, the Court finds that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by the Speedy Trial Act. As such, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii), the time between **December 12, 2017, and February 22, 2018**, shall be excluded in computing the time within which the above-captioned case must commence, and the Government's motion for an Order to Designate the above captioned case as a Complex Case pursuant to complex case under the

Speedy Trial Act, 18 U.S.C. §3161(h)(7)(B)(ii) is hereby GRANTED.

It is further ordered that a status conference, to be conducted by telephone, shall be held on **February 22, 2018 at 10:00 am.** The Court will provide the parties with the call in information.

**IT IS SO ORDERED**.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 27, 2017, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522